JAVENS, Defendant in Error, *vs.* HARRIS, Plaintiff in Error.

1. A finding must contain a statement of facts *proved,* not a detail of evidence.

### *Error to Jackson Circuit Court.*

*J. B. Hovey,* for plaintiff in error.
*Sheley,* for defendant in error.

SCOTT, Judge. This cause was tried by the court, and, in a matter of importance, the judge, in his finding, stated the evidence in relation to a fact, instead of stating how the fact really was. The finding of the court, when the cause is submitted to it, must contain the facts as proved by the evidence, and not a mere statement of the evidence itself. If the court is at a loss as to how a fact should be found from the evidence, it should not be sent here, but the submission to the court should be set aside, and the cause tried by a jury.

Judge Ryland concurring, the judgment will be reversed, and the cause remanded.

WHYTE, Plaintiff in Error, *vs.* BENNETT'S ADMINISTRATOR, Defendant in Error.

1. No facts found.

### *Error to Callaway Circuit Court.*

This suit originated in the county court and was taken by appeal to the Circuit Court.
*J. F. Jones,* for plaintiff in error.
*Ansell,* for defendant in error.

SCOTT, Judge. This cause was tried by the court without a jury, and as no facts were found, as required by law in such cases, the judgment will be reversed, and the cause remanded. Judge Ryland concurring.